AO 467 (Rev. 01/09; CAND version 03/19) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

Case 4:24-mj-71232-MAG   Document 5   Filed 08/20/24   Page 1 of 1

**FILED**

**AUG 20 2024**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| United States of America<br><br>v.<br><br>NELSON OMAR AGUILAR VILLALOBOS,<br><br>Defendants. | Case No. 24-mj-71232-MAG-1 (KAW)<br><br>Charging District: Northern District of Florida<br><br>Charging District's Case No.: 4:24-cr-34-MW-MAF |
|---|---|

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. The time and place to appear in that court are as follows:

| Place: Joseph Woodrow Hatchett United States Courthouse and Federal Building 111 N. Adams St. Tallahassee, Florida 32301 | Courtroom No.: TBD |
| | Date and Time: 9/18/2024 at 1:30pm |

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited and interest earned thereon in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: 8/20/2024

_____
Kandis A. Westmore
United States Magistrate Judge

Transfer_No-Custody_CR_AO 467_CSA
rev. 3-19